PER CURIAM.

(No. 75-CC-404—

TENTH STREET HARDWARE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed May 13, 1975.*

TENTH STREET HARDWARE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

578

PER CURIAM.